ORDERED.

Dated: January 14, 2026

_____
Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:
SOULE J ANDRE

CASE NO: 3:22-bk-01023-JAB

Chapter 13

{Debtor/s}
_____/

## ORDER GRANTING DEBTOR'S RENEWED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN (DE 102)

This case came before the Court at a hearing on December 10, 2025, upon the Debtor's Renewed Motion To Modify Confirmed Chapter 13 Plan, dated October 21, 2025. The Court having noted that an objection to the modification was filed, that all issues raised in the objection are resolved by this Order and/or were resolved at the hearing, and that the Modified Confirmed Plan complies with the provisions of Section 1329 of the United States Bankruptcy Code.

Accordingly:

**IT IS ORDERED :**

The Debtor's Renewed Motion To Modify Confirmed Chapter 13 Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit A attached hereto.

All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on July 17, 2023 shall remain the same and in full force and effect.

Copies furnished to:
All Interested Parties

Trustee, Douglas W. Neway is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

**AMENDED EXHIBIT A**
**CASE NO: 3:22-bk-01023-JAB**
**SOULE J ANDRE**
**Chapter 13**

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| | TRUSTEE EXPENSES | Priority | As set by U.S. Trustee | | | |
| | BANKRUPTCY LAW GROUP PLLC | Priority | $3,360.00 | $3,360.00 | $0.00 | 1 - 14 |
| | | | | | $78.14 | 15 - 37 |
| | | | | | $41.93 | 38 - 40 |
| | | | | | $168.88 | 41 - 41 |
| | | | | | $328.18 | 42 - 44 |
| | | | | | $283.57 | 45 - 45 |
| | | | | | $0.00 | 46 - 46 |

***Claim Notes:*** *No claim filed.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 01 | MIDLAND CREDIT MANAGEMENT INC | Unsecured | $804.14 | $804.14 | ProRata | |
| 02 | NAVY FEDERAL CREDIT UNION | Unsecured | $316.58 | $316.58 | ProRata | |
| 03 | PREMIER BANKCARD LLC | Unsecured | $779.22 | $779.22 | ProRata | |
| 04 | PREMIER BANKCARD LLC | Unsecured | $495.12 | $495.12 | ProRata | |
| 05 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured | $466.08 | $466.08 | ProRata | |
| 06 | LVNV FUNDING LLC | Unsecured | $449.19 | $449.19 | ProRata | |
| 07 | HYUNDAI CAPITAL AMERICA | Secured | $11,798.05 | $13,871.20 | $516.36 | 1 - 14 |
| | | | | | $379.68 | 15 - 31 |
| | | | | | $187.60 | 32 - 32 |
| | | | | | $0.00 | 33 - 46 |

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 08 | PYOD LLC | Unsecured | $897.78 | $897.78 | ProRata | |
| 09 | SPRING OAKS CAPITAL SPV , LLC | Unsecured | $577.26 | $577.26 | ProRata | |

### Debtor Payment Schedule

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| June 18, 2022 | 1 - 14 | $573.74 |
| August 18, 2023 | 15 - 35 | $568.15 |
| May 18, 2025 | 36 - 37 | $458.00 |
| July 18, 2025 | 38 - 40 | $422.50 |
| October 18, 2025 | 41 - 41 | $563.55 |
| November 18, 2025 | 42 - 46 | $364.65 |

Copies to:
Soule J Andre, 6888 Old Kings Road S, Jacksonville, Fl 32217
Brooks Richard Siegel Esquire, Bankruptcy Law Group Pllc, 3323 Ne 163Rd St Ste 301, North Miami Beach, Fl 33160
Douglas W. Neway, Trustee
All Interested Parties